**Mian Taugir AHMED, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–1933.

United States Court of Appeals, Fourth Circuit.

Submitted: May 14, 2008.

Decided: May 22, 2008.

John E. Gallagher, Catonsville, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Anh–Thu P. Mai, Senior Litigation Counsel, Arthur L. Rabin, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

* We offer no criticism of the district court which properly applied the relevant law at the

PER CURIAM:

Mian Taugir Ahmed, a native and citizen of Pakistan, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen removal proceedings. We have reviewed the record and Ahmed's claims and conclude that the Board did not abuse its discretion in denying Ahmed's motion. *See* 8 C.F.R. § 1003.2(a), (c)(1) (2008).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*